```
                                FILED - SOUTHERN DIVISION
                                CLERK, U.S. DISTRICT COURT

                                     FEB 15 2012

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAURICE LEON SIMMONS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GARY SANDOR, Warden,<br><br>　　　　Respondent. | Case No. CV 11-5777-JAK (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: February 15, 2012

　　　　　　　　　　　　　　　　　　　　　*/s/ John A. Kronstadt*
　　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　　United States District Judge