FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB I 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAURICE LEON SIMMONS,               )        Case No. CV 11-5777-JAK (MLG)
                                    )
            Petitioner,             )               JUDGMENT
                                    )
      v.                            )
                                    )
GARY SANDOR, Warden,                )
                                    )
            Respondent.             )
                                    )
                                    )
_____)

      IT IS ADJUDGED that the petition is denied with prejudice.


Dated: February 15, 2012



                              _____
                              John A. Kronstadt
                              United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB I 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

1